# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| INNOVATION SOFTWARE LLC and LOCATESMARTER LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TEC SERVICES GROUP, INC.<br><br>　　　　　Defendant. | Case No. 6:16-cv-02063-LTS |

## **JOINT STIPULATION OF DISMISSAL**

COME NOW, Plaintiffs and Defendant hereby jointly stipulate to dismissal of all claims with prejudice, and show this Court the following:

The parties have resolved all the claims filed in the above-styled action in an agreement executed and attached hereto, filed under seal as Exhibit A, and jointly stipulate to dismissal with prejudice.

WHEREFORE, the parties pray that the Court dismiss this action without taxation of cost, with all parties to bear their own fees and expenses, and retains ongoing jurisdiction over the settlement reached in this matter.

Dated: October 10, 2017　　　　　　　　**ROBINS KAPLAN LLP**

/s/*Christopher A. Seidl*
Christopher A. Seidl (admitted *pro hac vice*)
David A. Prange (admitted *pro hac vice*)
Emily E. Niles (admitted *pro hac vice*)
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
CSeidl@RobinsKaplan.com
DPrange@RobinsKaplan.com
ENiles@RobinsKaplan.com

**SIMMONS PERRINE MOYER BERGMAN PLC**
Stephen J. Holtman
115 3rd Street SE, Suite 1200
Cedar Rapids, Iowa 52401-1266
Telephone: (319) 896-4043
Facsimile: (319) 366-1917
Sholtman@simmonsperrine.com

*Counsel for Plaintiffs*

**KUTAK ROCK LLP**

/s/*Jason S. Jackson*
Victoria H. Buter (#AT0009169)
Jason S. Jackson (admitted *pro hac vice)*
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
Vicki.Buter@kutakrock.com
Jason.Jackson@kutakrock.com

*Counsel for Defendant*